*Filed in open court 11/21/06
(ew)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 143 M (MPT) |
| | ) |
| RICHARD DÍAZ-GARCÍA | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Minor victim; <u>possession or use of firearm</u>, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    ____ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    \_\_\_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __6__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

  _X_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  _X_ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __21st__ day of __November__, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Hana H. Eisenstein
Assistant United States Attorney