IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 134 |
| ) | |
| RICHARD DIAZ-GARCIA, ) | |
| ) | |
| Defendant ) | |

**INDICTMENT**

REDACTED

The Grand Jury for the District of Delaware charges that:

**Count One**

On or about November 10, 2006, in the District of Delaware, Richard Diaz-Garcia, the defendant, an alien and subject of the Dominican Republic, who had been removed from the United States on or about May 3, 2004, was found in the United States, the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: 28 - Nov - 2006