IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 06-134-GMS |
| RICHARD DIAZ-GARCIA, ) | |
| ) | |
| Defendant ) | |
| ) | |

**MOTION FOR DETENTION**

**NOW COMES** the United States and moves for the detention of the defendant, Richard Diaz-Garcia, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b), and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of the release petition. In support of the motion, the United States alleges that the defendant cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee or pose a danger to any other person in the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

                              Respectfully Submitted,
                              COLM F. CONNOLLY
                              United States Attorney

                              By: /s/ Ilana H. Eisenstein
                              Ilana H. Eisenstein
                              Assistant United States Attorney

Dated: May 30, 2008