✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

RICHARD DIAZ-GARCIA

**WARRANT FOR ARREST**

Case Number: 06-CR-134 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICHARD DIAZ-GARCIA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☑ Supervised Release    ☐ Violation Notice
Violation Petition        Violation Petition        Violation

charging him or her with  (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE**

2008 JUN -2 AM 8:57

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☑ in violation of the conditions of his or her supervision imposed by the court.

Dr. Peter T. Dalleo                      By: Marie M David, Deputy Clerk
Name of Issuing Officer                   Signature of Issuing Officer

Clerk of Court                            05/20/2008              Wilmington, DE
Title of Issuing Officer                  Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Maple St Elsmere DE

| DATE RECEIVED 5/30/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/30/08 | William David Dixon | William [signature] |