IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-134 GMS |
| | : |
| RICHARD DIAZ-GARCIA | : |
| | : |

**NOTICE OF RESCHEDULING OF REVOCATION HEARING**

IT IS HEREBY ORDERED that the revocation hearing regarding the above-captioned defendant is RESCHEDULED to **Friday, June 20, 2008, at 11:45 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

June 18, 2008